FURNESS, WITHY & COMPANY, Ltd.,
A Corporation,

*vs.*

JOHN T. FAHEY,
Trading as John T. Fahey & Company.

*Decided June 26th, 1914.*

Appeal from the Superior Court of Baltimore City.
(Bond, J.)

The cause was argued before Boyd, C. J., Burke, Thomas,
Urner and Stockbridge, JJ.

*John B. Deming* (with a brief by *Whitelock, Deming &
Kemp*), for the appellants.

*Robert E. Lee Marshall* (with whom was *Arthur George
Brown*, on the brief), for the appellees.

Stockbridge, J., delivered the opinion of the Court.

The questions of law presented by this appeal are identi-
cal with those considered in the case of *Furness, Withy & Co.*
v. *Blanchard Randall et al., ante* p. 101.   The only points
of difference are, that three contracts, dated, respectively,
September 21st, 23rd and October 4th, 1911, are here in-
volved instead of one.   The notice or "nomination" sent on
December 2nd, designating the Amana as the vessel on which
the shipments were to be carried, bore upon its face the ap-
proval of Fahey & Co.   The pleadings, evidence and rulings
were simply a repetition of those in the case of *Gill & Fisher,*
and for the reasons there given the judgment appealed from
will be reversed, and the cause remanded for a new trial.

*Judgment reversed and cause remanded for a
new trial, appellees to pay costs.*